Bettenbrock *v.* Kirsch—185 Ind. 716.

[No. 22,902.    Filed May 12, 1916.    Rehearing denied November 24, 1916.]

---

## BETTENBROCK ET AL. *v.* KIRSCH ET AL.

[No. 22,903.    Filed June 30, 1916.    Rehearing denied November 24, 1916.]

From Jackson Circuit Court; *John H. Edwards*, Special Judge.

Proceedings for the improvement of a highway on the petition of John H. Kirsch and others in which John H. Bettenbrock and others appeared and answered. From the judgment rendered, the defendants appeal. *Affirmed.*

*Montgomery & Montgomery*, for appellants.
*E. P. Elsner* and *Kochenour & Prince*, for appellees.

Baker *v.* Town of Sulphor Springs—185 Ind. 717.

Cox, C. J.—Appellee Kirsch and more than 300 others, who were qualified to do so, by their petition started a proceeding under §62 of the Highway Act of 1905 (Acts 1905 p. 550, §7711 Burns 1908), as amended in 1913, (Acts 1913 p. 914, §7711a Burns 1914), for the pavement, with concrete, of an existing free gravel road less than three miles in length. Such proceedings were had below as to present in this appeal questions substantially identical with those presented and heretofore decided in the case of *Bettenbrock* v. *Miller* (No. 22,901), *ante* 600, 112 N. E. 771, and on the authority of the decision in that case the judgment in this is affirmed.

Morris, J.—Dissents.